IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 3/29/12
TIME: 11:10 AM
INITIALS: JPW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 12-20069 -JPM |
| | ) 18 U.S.C. § 1952(a)(2) |
| CHAUNTTA LEWIS | ) |
| Defendant. | ) |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE

On or about April 16, 2011, in the Western District of Tennessee, the defendant,

------------------------------------------------CHAUNTTA LEWIS-----------------------------------------

used a facility in interstate and foreign commerce, namely the telephone and Internet, with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on of an unlawful activity, that is, promoting prostitution of a minor in violation of Tennessee Code Annotated §39-13-513, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, in violation of Title 18, United States Code, §1952(a)(2).

[nmt. 20 yrs. imprisonment, nmt $250,000 fine, or both; nmt a 3 yr. period of supervised release; and a special assessment of $100; see 18 U.S.C. § 3013 (a)].

*Michelle Kimbril-Parks*, AUSA
UNITED STATES ATTORNEY

Jonathan Skrmetti
Assistant U.S. Attorney

Keith Becker
Trial Attorney
U.S. Department of Justice